LAW OFFICES
of

# MATT & ALLEN

*(Limited Liability Company)*

Attorneys at Law
*(Professional Law Corporations)*

Miles A. Matt
Aaron J. Allen
Jason A. Matt
Steven J. Matt
(1987-2019)

Telephone
(337)237-1000
Facsimile
(337)232-7580

1026 St. John Street
Post Office Box 4405
Lafayette, Louisiana 70502-4405

September 30, 2024

*VIA CM/ECF ONLY*

United States District Court
Alexandria District of Louisiana
Attn: Daniel J. McCoy
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

      Re:    *Deborah J. Lemoine v. United States Army, et al*
              *Docket No.: 6:23-cv-00374*
              *DOA: October 23, 2020*
              *Our File No.: MA-21-1575*

Dear Mr. McCoy,

      The referenced matter is currently set on the March 17, 2025 trial docket of Judge Terry A. Doughty.

      Please be advised that all claims in the referenced matter have been fully compromised. Accordingly, the referenced matter is to be removed from the Court's trial docket.

      By copy of this letter, I am also informing Judge Doughty.

      Thanking you for your assistance in this matter and with kind regards, I remain,

                        Sincerely,
                        LAW OFFICES OF MATT & ALLEN, L.L.C.

                        JASON A. MATT

JAM/tmb
cc: Judge Terry A. Doughty *(via email only)*
    Desiree C. Williams *(via email only)*