UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DEBORAH L LEMOINE** | **CIVIL ACTION NO. 23-cv-374** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S ARMY ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above action has been settled [Doc. No. 14],

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within sixty (60) days of the signing of this Order, the parties shall file a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

**MONROE, LOUISIANA**, this 30th day of September 2024.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**